

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Alfred Elwess,

Vs. No. 11-12-00339-CV

Farm Bureau County Mutual
Insurance Company of Texas
and Texas Farm Bureau Mutual
Insurance Company,

* From the 35th District
Court of Brown County,
Trial Court No. CV1007222.

* November 26, 2014

* Memorandum Opinion by Wright, C.J.
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we reverse the judgment of the trial court and remand the cause for further proceedings. The costs incurred by reason of this appeal are taxed against Farm Bureau County Mutual Insurance Company of Texas and Texas Farm Bureau Mutual Insurance Company.